AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Montana

| | |
|---|---|
| United States of America<br>v.<br><br>MARIO GARCIA MARTINEZ<br><br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.

MJ-26- 41 -BU-KLD

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____05/21/2026_____ in the county of _____Gallatin_____ in the

_____ District of _____Montana_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. section 1326(a); (b) (1) | RE-Entry After Deportation (Penalty:  Ten years of imprisonment; $250,000 fine, three years supervised release; $100 special assessment) |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

/s/ Dillon D. Betler
*Complainant's signature*

Dillon D. Betler, Border Patrol Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____05/26/2026_____

*Judge's signature*

City and state: _____Missoula, Montana_____

Hon. Kathleen L. DeSoto, U.S. Magistrate Judge
*Printed name and title*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. MJ-26-**41**-BU-KLD |
| V. | |
| MARIO GARCIA MARTINEZ | |

**AFFIDAVIT OF Dillon D. Betler**
**IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Dillon D. Betler, being duly sworn, depose and state:

1.    I am a United States Border Patrol Agent (BPA) with the Department of Homeland Security (DHS) currently assigned to the Havre Sector Border Patrol in Havre, Montana. I have been employed as a Border Patrol agent since June of 2022. As a BPA, I have the authority to investigate violations of the Immigration and Nationality Act, Title 8 and Title 18 of the United States Code, and other relating statutes.

2.    In my capacity as a BPA, I have reviewed the official DHS records (AXXX XXX 250) and DHS automated data relating to Mario Garcia Martinez which attest to the following:

   a. Garcia Martinez is a thirty-six (36) year-old male, native and citizen of Mexico.

    b. Garcia Martinez was originally apprehended and ordered removed by United States Border Patrol on September 19, 2024, and was removed on September 20, 2024, through Naco, Arizona.

3. Garcia Martinez does not have any Criminal History

4. MARIO GARCIA MARTINEZ was one of four individuals encountered near the address of 1123 Forest Glen Drive Unit B in Bozeman, Montana on May 21, 2026.

5. Prior to the apprehension and arrests on May 21, 2026, Border Patrol Agent – Intelligence (BPA-I) Justin Fine attached to the Missouri River Drug Taskforce (MRDTF) executed a search warrant on 1123 Forest Glen Drive Unit B in Bozeman, Montana.

6. At approximately 4:00 A.M., on May 21, 2026, BPA-I Justin Fine encountered GARCIA MARTINEZ inside the residence.  BPA-I Fine was tasked with interviewing the subjects that were not deemed part of the greater criminal conspiracy for which law enforcement was executing arrest warrants. BPA-I Fine interviewed GARCIA MARTINEZ and determined that GARCIA MARTINEZ was illegally present in the United States.

7. At this point, GARCIA MARTINEZ was placed under arrest and was transported to the Sweetgrass Border Patrol Station for further investigation and processing.

8. GARCIA MARTINEZ was advised of his "Warning as to Rights" via service form I-214 by BPA Thomas. GARCIA MARTINEZ acknowledged his rights and was unwilling to answer questions without a lawyer present.

9. There is no evidence suggesting that GARCIA MARTINEZ was granted or applied for permission to re-enter after a deportation, exclusion, or removal from the United States, through the Attorney General of the United States.

10. On the basis of the facts above, your affiant believes that there is probable cause to believe that Mario Garcia Martinez has violated 8 USC 1326 – illegal re-entry.

/s/ Dillon D. Betler
_____
Dillon D. Betler
Border Patrol Agent
U.S. Department of Homeland Security
Havre, Montana

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this 2nd day of May 2026.

_____
HON. KATHLEEN L. DESOTO
United States Magistrate Judge